1    KEVIN V. RYAN (CASBN 118321)
     United States Attorney
2
     MARK L. KROTOSKI (CASBN 138549)
3    Chief, Criminal Division

4    ROBERT DAVID REES (CASBN 229441)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7210
7       Fax: (415) 436-7234
        Email: robert.rees@usdoj.gov
8
     Attorneys for Plaintiff
9

10                      UNITED STATES MAGISTRATE COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No.    3 05 70551  MAG
                                         )
14            Plaintiff,                 )    [PROPOSED] ORDER AND
                                         )    STIPULATION FOR CONTINUANCE
15   v.                                  )    FROM MAY 25, 2006 TO JUNE 1, 2006
                                         )    AND EXCLUDING TIME FROM THE
16   ANTHONY TRAVIS,                     )    SPEEDY TRIAL ACT CALCULATION
                                         )    (18 U.S.C. § 3161(h)(8)(A)) AND
17            Defendant.                 )    WAIVING TIME LIMITS UNDER RULE
                                         )    5.1
18   _____)

19           With the agreement of the parties, and with the consent of the defendant, the Court enters

20   this order scheduling an arraignment or preliminary hearing date of June 1, 2006 at 9:30A.M.

21   before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

22   hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

23   Speedy Trial Act, 18 U.S.C. § 3161(b), from May 25, 2006 to June 1, 2006.  The parties agree,

24   and the Court finds and holds, as follows:

25           1.  The defendant has been released on his own recognizance.

26           2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

27   3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

28   preparation, taking into account the exercise of due diligence.

3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4.  Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 25, 2006 to June 1, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

6.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on June 1, 2006 at 9:30A.M., and (2) orders that the period from May 25, 2006 to June 1, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  May 24, 2006            _____/s_____
                               RON TYLER
                               Attorney for Defendant

DATED:  May 23, 2006            _____/s_____
                               ROBERT DAVID REES
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: __May 25, 2006__         _____
                               HON. _____ LAPORTE
                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CA

2